IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
LUIS I. COLON-SERRANO
Defendant

CRIMINAL 12-0827CCC

**ORDER**

Having considered the Report and Recommendation filed on August 13, 2013 (**docket entry 31**) on a Rule 11 proceeding of defendant Luis I. Colón-Serrano before U.S. Magistrate Judge Marcos E. López on June 11, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 11, 2013. The **sentencing hearing is set for September 17, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on August 26, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge